UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.C. individually and on behalf of her child L.O., a minor,

          Plaintiff,

v.

NEW YORK CITY PUBLIC SCHOOLS a/k/a NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant.

No. 25-CV-2228 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:   March 21, 2025
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge